E-FILED  2022 MAY 17 12:57 PM MUSCATINE - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT IN AND FOR MUSCATINE COUNTY

| | |
|---|---|
| DONNA M. HOLEM<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WALMART INC., f/k/a WAL-MART STORES, INC.<br><br>　　　　Defendant. | Case No.: _____<br><br>**PETITION AT LAW AND JURY DEMAND** |

**COMES NOW** Plaintiff, Donna M. Holem, by the undersigned, her attorneys, and by way of cause of action against the Defendant herein, state as follows:

1. That at all times material hereto, Plaintiff, was a resident of Scott County, Iowa.

2. That at all times material hereto, Defendant is and was a retail store doing business throughout the State of Iowa, and in particular the City of Muscatine, Muscatine County, Iowa, at facility number 559.

3. That on or about June 15, 2020, Plaintiff was at Defendant's retail outlet as set forth above, when an employee of Defendant was stocking shelves and caused a jar of what is believed to be applesauce to be broken in the aisle, which caused Plaintiff to slip, causing her personal injuries and damages.

4. That the aforementioned incident was caused by certain acts and/or omissions on the part of the Defendant, its agents, and/or employees, all of which constitute negligence and/or fault, including, but not limited to:

    a. In failing to maintain safe premises;

1

    b. In failing to warn patrons in the position of Plaintiff Donna M. Holem, of the dangers associated with the activities being carried on by Defendant, its agents, and/or employees;

    c. In allowing to occur on the premises a condition which was unreasonably dangerous, with respect to which Defendant, its agents, and/or employees knew Plaintiff would be unable to protect herself; and

    d. In failing to properly instruct its employees in safe use of instruments, instrumentalities, and other objects during the course and scope of the employment so as to protect persons in the position of Plaintiff Donna M. Holem, from being injured.

5. That as a direct and proximate case of the aforementioned negligence and/or fault on the part of Defendant, its agents, and/or employees, Plaintiff Donna M. Holem, has been injured in her person and property, and having sustained past, present and future medical and hospitalization costs and expenses, past, present, and future pain and suffering, temporary and permanent disabilities, lost wages, and loss of earning capacity, and loss of enjoyment of life, all in an amount to be proven at the time of trial, but in any event, in excess of the jurisdictional limitations of this court.

**WHEREFORE**, Plaintiff, Donna M. Holem respectfully prays and demands that she have and receive judgment against the Defendant herein, in an amount that will fairly, justly, and adequately compensate her for her damages, with interest thereon as provided by law, and for costs, and for any and all other relief deemed equitable.

## JURY DEMAND

**COMES NOW** Plaintiff, Donna M. Holem, by the undersigned, her attorneys, and demands a jury trial on all issues in the above captioned case which are so triable.

Respectfully submitted,

BUSH, MOTTO, CREEN, KOURY & HALLIGAN, P.L.C.

_____
MICHAEL J. MOTTO 000007646
5505 Victoria Avenue, Suite 100
Davenport, Iowa 52807
Telephone: (563) 344-4900
Facsimile: (563) 344-8961
E-mail: mjmpclaw@yahoo.com

ATTORNEY FOR PLAINTIFF

E-FILED  2022 MAY 17 12:57 PM MUSCATINE - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT IN AND FOR MUSCATINE COUNTY

| | |
|---|---|
| DONNA M. HOLEM<br><br>  Plaintiff,<br><br>vs.<br><br>WALMART INC., f/k/a WAL-MART STORES, INC.<br><br>  Defendant. | Case No.:<br><br>ORIGINAL NOTICE |

**TO THE ABOVE NAMED DEFENDANT:**

You are notified that a petition has been filed in the office of the Clerk of this Court, naming you as a defendant in this action. A copy of a Petition and any documents filed with it is attached to this notice. The attorney for plaintiff is **Michael J. Motto,** of **Bush, Motto, Creen, Koury & Halligan, P.L.C.** whose address is 5505 Victoria Avenue, Suite 100, Davenport, Iowa 52807. That attorney's phone number is (563) 344-4900 facsimile number is (563) 344-8961.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Scott County, at the courthouse in Davenport, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 563-326-8607. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

CLERK OF COURT,

By: _____
Muscatine County Clerk of Court

<u>**IMPORTANT**</u>: *YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.*

**Iowa Judicial Branch**

Case No. **LACV026503**
County **Muscatine**

Case Title   DONNA M. HOLEM V WALMART INC., FKA WAL-MART STORES

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

Scheduled Hearing:

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(563) 328-4145**. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued  **05/17/2022 01:18:16 PM**



District Clerk of Court or/by Clerk's Designee of  Muscatine     County
**/s/ Traci Harper**

E-FILED  2022 MAY 19 2:49 PM MUSCATINE - CLERK OF DISTRICT COURT

## AFFIDAVIT OF SERVICE

**State of Iowa**    **County of Muscatine**    **District Court**

Case Number: LACV026503

Plaintiff:
DONNA M. HOLEM

vs.

Defendant:
WALMART, INC., F/K/A WAL-MART STORES, INC.

For:
Bush, Motto, Creen, Koury & Halligan, PLC
5505 Victoria Ave
Suite 100
Davenport, IA 52807

Received by Burris Process Serving, LLC on the 19th day of May, 2022 at 10:18 am to be served on **WALMART, INC. F/K/A WAL-MART STORES, INC. C/O CT CORPORATION SYSTEM, 400 E COURT AVE, DES MOINES, IA 50309.**

I, Alese Burris, being duly sworn, depose and say that on the **19th day of May, 2022** at **11:41 am**, I:

Served a **REGISTERED AGENT** by delivering a true copy of the **ORIGINAL NOTICE, PETITION AT LAW AND JURY DEMAND** with the date and hour of service endorsed thereon by me, to: **LISA DARRELL** as **Registered Agent** at the address of: **400 E COURT AVE, DES MOINES, IA 50309** on behalf of **WALMART, INC. F/K/A WAL-MART STORES, INC.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 19th day of May, 2022

NOTARY PUBLIC

LEAH BURRIS
Commission Number 824421
My Commission Expires
March 23, 2023

Alese Burris
Process Server

Burris Process Serving, LLC
699 Walnut Street
Suite 400
Des Moines, IA 50309
(515) 978-8558

Our Job Serial Number: BPL-2022000380

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1t

IN THE IOWA DISTRICT COURT FOR MUSCATINE COUNTY

| | |
|---|---|
| DONNA M. HOLEM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WALMART INC. f/k/a WAL-MART STORES, INC.,<br><br>　　　　Defendant. | NO. LACV026503<br><br>**APPEARANCE OF<br>BENJAMIN M. WESTON** |

　　　　Attorney Benjamin M. Weston of Lederer Weston Craig PLC respectfully enters his appearance on behalf of Defendant Walmart, Inc.

**LEDERER WESTON CRAIG PLC**

By /s/ Benjamin M. Weston
Benjamin M. Weston   AT0009704
4401 Westown Parkway, Suite 212
West Des Moines, IA 50266
Phone: (515) 224-3911
Fax: (515) 224-2698
E-Mail:   bweston@lwclawyers.com

*ATTORNEYS FOR DEFENDANT*

Service by EDMS to:

Michael J. Motto
BUSH, MOTTO, CREEN, KOURY & HALLIGAN, PLC
5505 Victoria Avenue, Suite 100
Davenport, Iowa 52807
E-mail: mjmpclaw@yahoo.com
*ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**
The undersigned certifies that the foregoing document was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on   5-23-22   .
By: ☐ U.S. Mail　　☒ EDMS　　☐ CM/ECF
　　☐ Hand Delivered　☐ E-mail　☐ Other:
　　☐ Overnight Mail　☐ FAX
Signature: /s/ Susan Heins

E-FILED  2022 MAY 24 2:56 PM MUSCATINE - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR MUSCATINE COUNTY

| | |
|---|---|
| DONNA M. HOLEM,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART INC. f/k/a WAL-MART STORES, INC.,<br><br>    Defendant. | NO. LACV026503<br><br><br>**APPEARANCE OF<br>JESSICA L. MCNAMARA** |

    Attorney Jessica L. McNamara of Lederer Weston Craig PLC respectfully enters her appearance on behalf of Defendant Walmart, Inc.

                       **LEDERER WESTON CRAIG PLC**

                       By */s/ Jessica L. McNamara*
                       Jessica L. McNamara  AT0013092
                       4401 Westown Parkway, Suite 212
                       West Des Moines, IA  50266
                       Phone: (515) 224-3911
                       Fax: (515) 224-2698
                       E-mail:  jmcnamara@lwclawyers.com

                       ***ATTORNEYS FOR DEFENDANT***

Service by EDMS to:

Michael J. Motto
BUSH, MOTTO, CREEN, KOURY & HALLIGAN, PLC
5505 Victoria Avenue, Suite 100
Davenport, Iowa  52807
E-mail:  mjmpclaw@yahoo.com
***ATTORNEYS FOR PLAINTIFF***

E-FILED     LACV026503 - 2022 JUN 02 09:34 AM     MUSCATINE
CLERK OF DISTRICT COURT     Page 1 of 3

## IN THE IOWA DISTRICT COURT FOR MUSCATINE COUNTY

| | |
|---|---|
| DONNA M HOLEM<br><br>    Plaintiff/Petitioner,<br><br>vs.<br><br>WALMART<br><br>    Defendant/Respondent. | Case No: 07701 LACV026503<br><br>**NOTICE OF CIVIL<br>TRIAL-SETTING CONFERENCE** |

To the parties or their attorneys of record:

In accordance with Iowa Rule of Civil Procedure 1.906, notice is hereby given that a **Trial Scheduling Conference is scheduled on 07/20/2022 at 09:00 AM at the Muscatine Cnty Courthouse, 401 E 3rd St, Muscatine, IA 52761.** *This date shall be no earlier than 35 days after and not later than 50 days after any Defendant/Respondent has answered or appeared unless set sooner by special order on application of one or more parties.*

Attorneys for all parties appearing in the case shall participate at this conference. A party will participate in person if the party does not have an attorney. The trial-setting conference will be held by telephone with the conference call to be initiated by counsel for the Plaintiff/Petitioner. Court Administration shall be connected to the conference by calling (563) 263-6634. Those parties not located in the area may seek an exception to the in person appearance requirement by contacting Court Administration **prior to the date above** at (563) 263-6634.

At this trial-setting conference, every case will be set for trial within the time periods provided by Iowa Court Rules Chapter 23, Time Standards for Case Processing.

Prior to the trial-setting conference, the parties must file a Trial Scheduling and Discovery Plan, Iowa Court Rule 23.5-Form 2 (Form 3 for Expedited Civil Actions) unless exempt under Iowa Rule of Civil Procedure 1.507(1).

The parties may, in lieu of holding a trial-setting conference, first file their Trial Scheduling and Discovery Plan and then, prior to the date scheduled for the trial-setting conference, obtain a trial date from Court Administration that complies with the provisions of Chapter 23.

The trial date that is agreed upon at this conference shall be a firm date. Continuances will not be granted, even if all parties agree, unless for a crucial cause that could not have been foreseen.

Dated this 2nd day of June, 2022.

The Clerk of Court shall notify all counsel of record and parties not represented by counsel.

E-FILED         LACV026503 - 2022 JUN 02 09:34 AM         MUSCATINE
                CLERK OF DISTRICT COURT                       Page 2 of 3

If you need assistance to participate in court due to a disability, call the disability coordinator at (563) 328-4145 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

7NCTSC

E-FILED     LACV026503 - 2022 JUN 02 09:34 AM     MUSCATINE
CLERK OF DISTRICT COURT     Page 3 of 3



State of Iowa Courts

| | |
|---|---|
| **Case Number** | **Case Title** |
| LACV026503 | DONNA M. HOLEM V WALMART INC., FKA WAL-MART STORES |
| **Type:** | ORDER FOR TRIAL SCHEDULING CONFERENCE |

So Ordered

Stuart P. Werling, District Court Judge,
Seventh Judicial District of Iowa

Electronically signed on 2022-06-02 09:34:57