IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| DONNA M. HOLEM<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC., f/k/a WAL-MART STORES, INC.<br><br>Defendant. | Case No.3:22-cv-00039-SMR-HCA<br><br>PLAINTIFF'S RESPONSE TO DEFENDANT WALMART INC.'S NOTICE OF REMOVAL |

COMES NOW Plaintiff, by the undersigned, her attorneys and by way of response to Defendant Walmart Inc.'s Notice of Removal states as follows:

1. It is true that on May 17, 2022, Plaintiff Donna M. Holem commenced a civil action in the Iowa District Court for Muscatine County against the Defendant herein. Plaintiff served Walmart Inc.'s registered agent service of process on May 19, 2022. In the State court action Plaintiff claims she was injured when she slipped and fell at the Walmart retail store located in Muscatine, Iowa on June 15, 2020, and the Plaintiff seeks compensation for her injuries.

2. At no time since the date of Plaintiff's injuries has Plaintiff provided any information whatsoever to the Defendant or Defendant's insurer such as medical records or medical billings, from which Defendant or it's counsel could in good faith state to this Court that the amount in controversy exceeds $75,000.00. Moreover, the statement contained paragraph b. to the effect that Plaintiff has refused to irrevocably stipulate in writing that her damages do not exceed $75,000.00 is not true. Neither Plaintiff nor her counsel were ever contacted by any representative of Defendant's insurer or counsel for the Defendant seeking such a stipulation. Therefore, there is no good faith basis to state that the amount in controversy exceeds the jurisdictional limitation of $75,000.00.

3. Plaintiff affirmatively states that the amount in controversy in this case does not exceed $75,000.00, and no good faith effort was made by the Defendant to determine whether or not this action should be properly moved to Federal Court.

Respectfully submitted,
Bush, Motto, Creen, Koury & Halligan. PLC

By: _____
Michael J. Motto, P.C.
5505 Victoria Ave., Ste. 100
Davenport, IA 52807
Telephone: 563-344-4900
Fax: 563-344-8961
Email: mjmpclaw@yahoo.com